# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tena R. Turman, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  6:16-cv-01331-JMC |
| Commissioner Social Security Administration, | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs.

Date:  August 7, 2017                                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/Ashley Buckingham, Deputy Clerk
                                                                                                    *Signature of Clerk or Deputy Clerk*